Chapter 13 Plan Form, Revised 10/24/2005

**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**          CASE NO._____

10-53044

Debtor William John Zerkus                SS # XXX-XX- 1037   Current Monthly Income $ 3467
Joint Debtor Leslea Elizabeth Zerkus      SS # XXX-XX- 1505   Current Monthly Income $ 1264
Address 50 Flat Top Road; Picayune, MS 39466              No. of Dependents           1
Telephone No. 601-347-2971         TAX REFUNDS AND EIC FOR DISTRIBUTION:           0

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of ___48___ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay $ _____ per (monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @:

(B)    Joint Debtor shall pay $ 177.00 per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
       A payroll deduction order will be issued to Debtor's employer @:
       Picayune School District
       706 Goodyear Blvd.
       Picayune, MS 39466

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $_____ @$_____/mo
State Tax Commission $_____ @$_____/mo    Other $_____ @ $_____/mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** Attorney General - Child Support
                                                         P.O. Box 12017 Crd Group
                                                         Austin, TX 78711

beginning February 2011 in the amount of $ 500 per month shall be paid: DIRECT

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** Attorney General - Child Support
                                                          P.O. Box 12017 Crd Group
                                                          Austin, TX 78711

in the amount of $ 5301   shall be paid $ 111   per month: THROUGH THE PLAN

**HOME MORTGAGE(S)**
MTG PMTS TO:_____ BEGINNING_____ @$_____ ( ) PLAN ( ) DIRECT
MTG PMTS TO:_____ BEGINNING_____ @$_____ ( ) PLAN ( ) DIRECT
MTG ARREARS TO:_____ THROUGH_____ $_____ @$_____/MO*

MTG ARREARS TO:_____ THROUGH_____ $_____ @$_____/MO*

Debtor's Initials  WJZ    Joint Debtor's Initials  LEZ          CHAPTER 13 PLAN, PAGE 1 OF 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |
| | | | | % | | |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Retail Services / Kawasaki | 2008 Teryx | $11,090 | Surrender - Treat as Unsecured |
| | | | |
| | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:

**UNSECURED DEBTS** totaling approximately $ 193,871  are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: 0 % (PERCENT).

Total Attorney Fees Charged $ 2800  
Attorney Fees Previously Paid $ 596  
Attorney fees to be paid through the plan $ 2204

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Telephone/Fax

Attorney for Debtor (Name/Address/Phone # / Email)  
Paul B. Caston, MSB # 10086  
P.O. Box 1742  
Hattiesburg, MS  39403-1742  
Telephone/Fax  601-544-2516  /  601-544-2517  
E-mail Address  paulcaston@gmail.com

DATE:  12/23/2010    DEBTOR'S SIGNATURE    /s/  William John Zerkus

JOINT DEBTOR'S SIGNATURE   /s/  Leslea Elisabeth Zerkus

ATTORNEY'S SIGNATURE    /s/  Paul B. Caston

Debtor's Initials  WJZ    Joint Debtor's Initials  LEZ                         CHAPTER 13 PLAN, PAGE 2 OF  2